AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

WILLIAM BRINSON BALL

Case No. 8:18-cr-69-T-17AAS

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WILLIAM BRINSON BALL,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Attempted child enticement, in violation of 18 U.S.C. § 2422(b).

Transportation of child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (b)(1).

Date: FEB 1 5 2018

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/15/18, and the person was arrested on *(date)* 2/15/18
at *(city and state)* Tampa, FL.

Date: 2/15/18

*Arresting officer's signature*

Swank for Fee
*Printed name and title*