UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No. 8:18-cr-69-T-17AAS

WILLIAM BRINSON BALL

**PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to Counts One and Two of the Indictment which charges him with one count of attempted child enticement, in violation of 18 U.S.C. § 2422(b) and one count of transportation of child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (b)(1), and the Court adjudged him guilty of these offenses.

The United States moves, pursuant to 18 U.S.C. §§ 2253 and 2428(b) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for an Apple iPhone SE, model number A1723.

The United States has established the required connection between the crimes of conviction and the asset. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. §§ 2253 and 2428(b) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset described above is FORFEITED to the United States of America for

CASE NO. 8:18-CR-69-T-17 AAS

disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

DONE and ORDERED in Tampa, Florida, this 18th day of MAY, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2