UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,    Case No. 8:18-cr-69-T-17AAS

    Government  ☒

v.  ☒ Sentencing

WILLIAM BRINSON BALL

    Defendant  ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **COMMUNICATIONS** | | | | |
| 1 | | 10-25-18 | | Chats between Ball and UC-1, DISC-0101-00108 |
| 2 | | 10-25-18 | | Chats between Ball and UC-1, DISC-0004-00036 |
| 3 | | 10-25-18 | | Chats between Ball and UC-1, DISC-0037-00069 |
| 4 | | 10-25-18 | | Ball's Email to UC-1, dated February 8, 2018, DISC-0070-00072 |

Case No.:                                                                 Page 2 of 2 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **IMAGES** | | | | |
| 5 | | 10-25-18 | | Photographs of Items Seized from Ball Post-Arrest, DISC-00086-000100 |
| 6 | | 10-25-18 | | Google Map of Travel |
| 7 | | 10-25-18 | | Google Search of Distance |
| | | | | |
| | | | | |
| | | | | |