← **Pervy Daddy**

*Wed, Jan 10 6:27 AM*

Hello

*9:54 AM*

What's up? What group do I know you from?

*10:17 AM*

A trading group from about six months ago

Probably one I used to admin

Trading young pics and vids

You got anything new?

Relatively

I lost everything and had to start over. It's been risky lately. What do you have?

Nope it don't an like that man. Good luck

That sentence made no sense but thanks anyway

Gotta give to get

I can give

I have a few dozen but I don't know if they are New enough for you

And I've run trade groups before of course I know that rule. So do you wanna trade? If not I'll be on my way...

What you got?

Pics and vids preteen down to toddler





← **Pervy Daddy** ›



Will that work for you?

Fuck yea hold on

 I have more if you send

← **Pervy Daddy**

*Fri, Jan 19 11:27 AM*

> Fuck yea hold on

 I have more if you send

> Yea hang on. Is that little princess yours and do you share if she is?

 I wish she were mine but I know the mom

> Fuck dude I would do anything! Hook me up

 I just started chatting with her so... I don't know if she shares

What's the youngest you've played with?

*Fri, Jan 19 11:52 AM*

 Well, got anything?

*Tue, Jan 23 11:50 AM*

> You there? I just had a 7 yo beauty last weekend. A guy I know shares but doesn't allow souveniers

 Very nice

What did he let you do to her?

Anyway you told me give to get like ten days ago. I gave and you didn't give back. I'm still waiting

*Tue, Jan 23 5:30 PM*

> I got to take her ass but not bare

*Tue, Jan 23 6:25 PM*

 Not bare? Condom?

How much of your dick were you able to shove in her?

← **Pervy Daddy**

How much of your dick were you able to shove in her?

*Wed, Jan 24 10:45 AM*

The tip? Three inches?

Balls deep?

*Thu, Jan 25 4:05 PM*

Fuckin balls deep. Yea condom but it's cool. I'm building trust u no!

*Thu, Jan 25 6:26 PM*

On yeah

She must have been tight enough to make the tip of your head white, did she enjoy it? 🙂

*Tue, Jan 30 8:07 AM*

When do you fuck her again?

*Tue, Jan 30 9:50 AM*

I've gotta save up some cash. I'd love to fuck that tight ass all the time.

*Tue, Jan 30 10:28 AM*

How much was she?

*Tue, Jan 30 10:57 AM*

Someone you know irl or did you meet her on kik?

Her dad trained her and is starting to share

He takes her out on his boat in the gulf. I pd 1k for the trip

No anybody who is cheaper?

*Tue, Jan 30 11:36 AM*

Don't know anyone who does it

### Pervy Daddy

*Tue, Jan 30 11:36 AM*

 Don't know anyone who does it

Like Florida gulf right? Not Persian gulf?

I'm working in the Persian gulf now and I could hook him up with a boat... damn I'd buy their flights out here and pay him 3k to shove my sick inside her little round ass

*Tue, Jan 30 1:03 PM*

> Yea the Florida gulf. Damn dude the Persian gulf? Want his info?

*Tue, Jan 30 1:26 PM*

 I only know about boats and not seven year old beauties 🙂

But I could certainly drill her about once a week at that price 🙂 how did you meet this guy?

Yes please send his info

*Thu, Feb 1 1:28 PM*

> Sorry man I wanted to make sure he was cool with me giving out his info. You know I don't want him to cut me off! He said you can msg him at ▇▇▇▇▇

*Thu, Feb 1 9:04 PM*

 Thanks bro. Wait is that his webpage?

That website is hilarious! What should I say, should I tell him that BE sent me?

*Mon, Feb 5 11:52 AM*

> Sorry bro I got the flu
>
> Yea say I sent

*Thu, Feb 8 12:20 PM*

 It's ok

Cool thanks

Case 8:18-cr-00069-VMC-AAS   Document 64-1   Filed 10/29/18   Page 8 of 8 PageID 396



DISC-00108

### Pervy Daddy

**Pervy Daddy:** I only know about boats and not seven year old beauties 🙂

**Pervy Daddy:** But I could certainly drill her about once a week at that price 🙂 how did you meet this guy?

**Pervy Daddy:** Yes please send his info

*Thu, Feb 1 1:28 PM*

**Me:** Sorry man I wanted to make sure he was cool with me giving out his info. You know I don't want him to cut me off. He said you can msg him at [redacted]

*Thu, Feb 1 9:04 PM*

**Pervy Daddy:** Thanks bro. Wait is that his webpage?

**Pervy Daddy:** That website is hilarious! What should I say, should I tell him that BE sent me?

*Mon, Feb 5 11:52 AM*

**Me:** Sorry bro I got the flu

**Me:** Yea say I sent

*Thu, Feb 8 12:20 PM*

**Pervy Daddy:** It's ok

**Pervy Daddy:** Cool thanks

*Thu, Feb 8 9:30 PM*

**Pervy Daddy:** We are in contact now. I have a break from work next week. I'd love to fuck her tiny ass during my holiday! 🙂

*Sat, Feb 10 12:27 AM*

**Pervy Daddy:** Hey bro, he's asking for cp as a token. I had to reset my phone for a school camping trip and I've lost what I sent you. Can you please resend?

*Yesterday 10:13 AM*

**Pervy Daddy:** Never mind. We are making progress 🙂