UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　CASE NO. 8:18-CR-69-T-17AAS

WILLIAM BRINSON BALL.

_____/

ORDER

This cause is before the Court on:

Dkt. 78　　Motion to Proceed Pro Se

The Court conduct a post-sentencing restitution hearing on January 11, 2019. The Clerk's Minutes reflect that the Motion to Proceed will be addressed by the Eleventh Circuit in the pending appeal. (Dkt. 79).

After consideration, the Court directs the Clerk of Court to transmit the Motion to Proceed Pro Se to the Eleventh Circuit Court of Appeals for filing in the appeal of Defendant William Brinson Ball. Accordingly, it is

**ORDERED** that the Clerk of Court **shall transmit** the pending Motion to Proceed Pro Se to the Eleventh Circuit Court of Appeals for filing in Defendant William Brinson Ball's Appeal.

Case No. 8:18-CR-69-T-17AAS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 7th day of February, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record